IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MASAE FANENE,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, DEPARTMENT OF CORRECTIONS; MUNICIPALITY OF ANCHORAGE; GARRETT B. KLINE; KYLE HASKINS; and HANNAH SEARS,<br><br>             Defendants. | Case No. 3:22-cv-00018-JMK<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

The Court, having reviewed the Motion for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("the Motion")[1] and the Amended Motion for Voluntary Dismissal with Prejudice,[2] hereby GRANTS the Motion. All claims filed by Plaintiff Masae Fanae against Defendants the Municipality of Anchorage, Garrett B. Kline, Kyle Haskins, and Hannah Sears in the above-captioned action (Counts 1–3 in Plaintiff's Complaint) are dismissed with prejudice. Each party shall bear their own costs and fees.

---

[1] Docket 25.
[2] Docket 27.

The protective order pertaining to in-car videos, filed at Docket 22, remains in effect.

IT IS SO ORDERED this 18th day of May, 2022, at Anchorage, Alaska.

                                                        */s/ Joshua M. Kindred*
                                                        JOSHUA M. KINDRED
                                                       United States District Judge

*Fanae v. State of Alaska, Dep't of Corrections et al*    Case No. 3:22-cv-00018-JMK
Order Granting Voluntary Dismissal    Page 2

Case 3:22-cv-00018-JMK    Document 28    Filed 05/18/22    Page 2 of 2